Opinion issued January 25, 2007










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-06-01174-CV

____________


IN RE AARON LEE WOOFTER, M.D.; DANNY CHU, M.D.; JONATHAN
CHARLES DANIEL, M.D.; AND FRED MILTON SUTTON, JR., M.D.,
Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators Aaron Lee Woofter, M.D., Danny Chu, M.D., Jonathan Charles
Daniel, M.D., and Fred Milton Sutton, Jr., M.D. filed a petition for a writ of
mandamus complaining of Judge Austin's November 16, 2006 order denying relators'
(1) challenge to the real party in interest's expert medical witness and (2) motion to
dismiss. (1) Relators have previously filed a notice of appeal from this interlocutory
order. Woofter v. Benitez, No. 01-06-01123-CV (Tex. App.--Houston [1st Dist.]
filed Dec. 5, 2006); see Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(9) (Vernon
Supp. 2006) (allowing interlocutory appeal). Accordingly, they have demonstrated
they have an adequate remedy by appeal. See In re Flores, 111 S.W.3d 817, 818
(Tex. App.--Houston [1st Dist.] 2003, orig. proceeding).

 We deny the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.
1. 
 -